JESSE JONES v. THE STATE.

No. 5247. Decided January 22, 1919.

Murder—Death Penalty—Practice on Appeal—Presumption.

Where, upon appeal from a conviction of murder assessing the death penalty, the record contained no bills of exception or any statement of facts, and the trial appeared to have been regular, it must be presumed that the evidence justified the conviction.

Appeal from the District Court of Bexar.  Tried below before the Hon. W. S. Anderson.

Appeal from a conviction of murder; penalty, death.

The opinion states the case.

No brief on file for appellant.

*E. A. Berry,* Assistant Attorney General, for the State.

· MORROW, JUDGE.—Appellant was indicted, tried and convicted of murder, and pursuant thereto is under sentence of death.

We have discovered no departure from the legal requirements in any of the proceedings.  No bills of exception are found in the record complaining of any action of the trial court, its officers or the jury that rendered the verdict, nor is the record accompanied by any statement of facts embodying the evidence upon which the prosecution and conviction are based.  We must, therefore, presume that the proceedings were regular and that the evidence justifies the conviction and the punishment assessed.

The judgment of the District Court is affirmed.

*Affirmed.*